# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **JOSE ANGEL HERNANDEZ MALDONADO,** | : | Case No. 1:26-cv-169 |
| | : | |
| **Petitioner,** | : | |
| | : | **Judge Jeffery P. Hopkins** |
| vs. | : | |
| | : | **Magistrate Judge Karen L. Litkovitz** |
| **RICHARD K. JONES, Butler County Sheriff, et al.,** | : | |
| | : | |
| **Respondents.** | : | |

## ORDER TO SUBMIT JOINT PROPOSED SCHEDULING ORDER

Petitioner, Jose Angel Hernandez Maldonado, a detainee at the Butler County Correctional Complex, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Docs. 1, 3). The case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than **February 27, 2026**.

**IT IS SO ORDERED.**

February 19, 2026

KAREN L. LITKOVITZ
United States Magistrate Judge