# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| JOSE ANGEL HERNANDEZ MALDONADO,<br>    *Petitioner,*<br>v.<br>RICHARD K. JONES, Butler County Sheriff, *et al.*,<br>    *Respondents*. | Case No. 1:26-cv-169<br><br>Judge Jeffery P. Hopkins<br><br>Magistrate Judge Karen L. Litkovitz |

## JOINT PROPOSED SCHEDULING ORDER

Now come the parties, in response to this Court's February 19, 2026 order, and submit the following joint proposed scheduling order:

Respondents shall file their response to the Petition for Writ of Habeas Corpus no later than **March 11, 2026**;

Petitioner shall file his reply within **10 days** of Respondents' filing their response.

**IT IS SO ORDERED.**

February 23, 2026

                                                   *Karen L. Litkovitz*
                                                 United States Magistrate Judge

Respectfully submitted,

| | |
|---|---|
| *s/ Sarah C. Larcade* | *s/ Adam C. Tieger* |
| Sarah C. Larcade (0095905) | ADAM C. TIEGER (0093932) |
| Larcade, Ficker, & Khubunaia, LLC | Assistant United States Attorney |
| 8190 Beechmont Avenue, Suite 334 | 200 W. Second Street, Suite 600 |
| Cincinnati, Ohio 45255 | Dayton, Ohio 45402 |
| (513) 587-8765 | (937) 531-6795 |
| sarah@larcadelaw.com | adam.tieger@usdoj.gov |
| *Counsel for Petitioner* | *Attorney for U.S. Government* |

*s/ Kevin J. Gerrity*
Kevin J. Gerrity (0085771)
Chief Assistant Prosecuting Attorney
P.O. Box 515
Hamilton, Ohio 45012-0515
(513) 887-3478
Kevin.Gerrity@bcohio.gov
*Attorney for Butler County Sheriff*